**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TASHA M. BETHEA, <br><br> Plaintiff, <br><br> v. <br><br> APPLE GATE AT SOMERSET LLC, *et al.*, <br><br> Defendants. | Civil Action No. 25-10469 (RK) (TJB) <br><br> **<u>MEMORANDUM ORDER</u>** |

**THIS MATTER** comes before the Court upon Defendant Apple Gate at Somerset LLC d/b/a Hooters' letter to the Court requesting a pre-motion conference. (ECF No. 6.)

The Federal Rules of Civil Procedure permit any district judge to "regulate practice in any manner consistent with" federal law, federal rules, and the district's local rules. Fed. R. Civ. P. 83(b). As the parties are well aware, this Court has issued a list of Rules and Procedures in accordance with Rule 83, which are publicly listed on the District Court's website[1], and linked to the docket of every case, including this one. (*See* docket entry dated 06/13/2025.) Section I(A) of the Court's Rules and Procedures requires any party, before bringing a motion to dismiss, to submit a letter requesting a pre-motion conference. Rules and Procedures, the Hon. Robert Kirsch, U.S.D.J., at I(A). The Section then provides: "Within seven (7) days of the filing of this letter, the movant and all adversaries <u>must</u> meet and confer regarding the issues and substance of the movant's letter in an attempt to resolve some or all of the issues therein." *Id.* (emphasis in original).

On September 12, 2025, Defendant filed a pre-motion letter in accordance with the Court's Rules and Procedures. (ECF No. 5.) However, despite an apparent attempt, Defendant's counsel

---

[1] *See* https://www.njd.uscourts.gov/sites/njd/files/RulesAndProceduresRK.pdf

has been unable meet and confer with Plaintiff's counsel. Defendant's counsel represents that she reached out to Plaintiff's counsel on September 24, 2025 via email, to no avail. (*See* ECF No. 7.) It appears that Plaintiff has plainly failed to comply with the Court's directive to meet and confer.

Here, the Court assumes that Plaintiffs' failure to respond to Defendants' letter or comply with the meet and confer provision of the Court's Rules and Procedures means that the putative motion is unopposed.

Accordingly, **IT IS** on this 8th day of October, 2025,

**ORDERED** that within five (5) days, Plaintiff's counsel shall submit a declaration, under the penalty of perjury, as to why he has failed to comply with the Court's Rules and Procedures; and it is further

**ORDERED** that if Plaintiff's counsel does not submit said declaration within five (5) days, the Court may infer that the putative motion is unopposed.

_____
**ROBERT KIRSCH**
**UNITED STATES DISTRICT JUDGE**